UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>G. GALAZA, et al.,<br><br>　　　Defendants. | 1:05-CV-0768 REC WMW P<br><br>ORDER GRANTING EXTENSION OF TIME<br>(DOCUMENT #5) |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 25, 2005, plaintiff filed a motion to extend time to file an application to proceed in forma pauperis and a certified copy of the required trust account statement. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty days from the date of service of this order in which to file the proper application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   August 8, 2005**　　　　　　　　　　　/s/  William M. Wunderlich
j14hj0　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE