IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN, | 1:05-cv-00768 LJO WMW (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S SECOND MOTION TO EXTEND TIME |
| vs. | TO FILE FIRST AMENDED COMPLAINT |
| G. GALAZA, et al., | (DOCUMENT #20) |
| Defendants. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2008, plaintiff filed a second motion to extend time to file his first amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his first amended complaint.

IT IS SO ORDERED.

**Dated:   June 4, 2008**          /s/ William M. Wunderlich
                                                    UNITED STATES MAGISTRATE JUDGE