IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

     Plaintiff,         1: 05 CV 0768 LJO WMW PC

  vs.                   ORDER RE MOTION (DOC 23)

G. GALAZA, et al.,

     Defendants.

On July 8, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief could be granted. The recommendation was based on an earlier order dismissing the original complaint with leave to amend.

On July 10, 2008, Plaintiff filed a motion for extension of time in which to file an amended complaint. Plaintiff indicates that he is without his legal property, and requests a copy of his previous complaint. The court will grant Plaintiff's request, and will grant Plaintiff an extension of time to file an amended complaint. Should Plaintiff fail to do so, the July 8, 2008, recommendation of dismissal will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Plaintiff a copy of the original complaint.

1

1  2. Plaintiff is granted an extension of time of thirty days from the date of service of this
2 order in which to file an amended complaint.
3 IT IS SO ORDERED.
4 **Dated:   August 1, 2008**                                  /s/  William M. Wunderlich
                                                     UNITED STATES MAGISTRATE JUDGE