IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

       Plaintiff,           1: 05 CV 0768 LJO WMW PC

  vs.                      ORDER RE MOTION (DOC 23)

G. GALAZA, et al.,

       Defendants.

     Plaintiff has filed a motion for discovery.  Until such time as a discovery order has been entered, not discovery may be had by any party.  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for discovery is denied.

IT IS SO ORDERED.

**Dated:   September 3, 2008**              **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGE

1