IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DALE OWEN DUSTIN, | | |
| | Plaintiff, | 1: 05 CV 0768 LJO WMW PC |
| | vs. | FINDINGS AND RECOMMENDATIONS ORDER RE MOTION (DOC 27) |
| G. GALAZA, et al., | | |
| | Defendants. | |

      Plaintiff has filed a motion requesting a court order to direct officials at High Desert State Prison to provide him law library access.

      This action proceeds against defendant correctional officials at Corcoran State Prison. The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court. Zepeda v. United States I.N.S., 753 F.2d 719, 727 (9th Cir. 1983). Further, Plaintiff has timely filed a first amended complaint, on which this action proceeds. There are no outstanding court deadlines.

      Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a court order filed on August 20, 2008, be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within thirty days

1  after being served with these findings and recommendations, any party may file written
2  objections with the court and serve a copy on all parties.  Such a document should be captioned
3  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
4  shall be served and filed within ten days after service of the objections.   The parties are advised
5  that failure to file objections within the specified time waives all objections to the judge's
6  findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file
7  objections within the specified time may waive the right to appeal the District Court's order.
8  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
9  IT IS SO ORDERED.
10 **Dated:    September 3, 2008**              **/s/  William M. Wunderlich**
                                               UNITED STATES MAGISTRATE JUDGEIT IS SO ORDERED.
11
   **Dated:    September 3, 2008**              **/s/  William M. Wunderlich**
12                                              UNITED STATES MAGISTRATE JUDGE