IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Plaintiff,                                 1: 05 CV  0768 LJO WMW PC

    vs.                                         ORDER RE: FINDINGS & RECOMMENDATIONS (#29)

G. GALAZA, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On September 3, 2008, findings and recommendations were entered, recommending denial of Plaintiff's motion for a court order.  Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

1       Accordingly, THE COURT HEREBY ORDERS that:

2       1.  The Findings and Recommendations issued by the Magistrate Judge on
3 September 3, 2008, are adopted in full; and

4       2.  Plaintiff's motion for a court order filed on August 20, 2007, is denied.

10 IT IS SO ORDERED.

11 **Dated:   October 23, 2008**        **/s/ Lawrence J. O'Neill**
      UNITED STATES DISTRICT JUDGE

2