IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

        Plaintiff,        1: 05 CV 0768 LJO WMW PC

  vs.                      ORDER RE FINDINGS AND
                              RECOMMENDATIONS (DOC 22)

G. GALAZA, et al.,

        Defendants.

     On July 8, 2008, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim. On August 1, 2008, the court granted Plaintiff leave to file an amended complaint, on which this action proceeds.

     Accordingly, IT IS HEREBY ORDERED that the July 8, 2008, findings and recommendations are vacated.

IT IS SO ORDERED.

**Dated:   February 9, 2009**           /s/ William M. Wunderlich
                                            UNITED STATES MAGISTRATE JUDGE

1