IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Plaintiff,      1: 05 CV 0768 LJO WMW PC

  vs.      ORDER RE MOTION (DOC 31)

G. GALAZA, et al.,

    Defendants.

    Plaintiff has filed a motion to consolidate this case with case number 1:05-CV-0612 AWI WMW PC. Plaintiff's motion consists of a single page of rambling narrative regarding the conditions of his confinement. The earlier case names different defendants. Further, case number 1:05-CV-0612 has been dismissed as barred by the statute of limitations. Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to consolidate is denied.

IT IS SO ORDERED.

**Dated:   April 13, 2009**      /s/ **William M. Wunderlich**
                                                          UNITED STATES MAGISTRATE JUDGE