1

2 IN THE UNITED STATES DISTRICT COURT

3 FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7 DALE OWEN DUSTIN,

8        Plaintiff,                1: 05 CV 00768 LJO YNP SMS (PC)

9   vs.                          ORDER

10

11

12 G. GALAZA, et al.,

13        Defendants.

14

15     On April 9, 2009, an order was entered, dismissing the First Amended Complaint and

16 granting Plaintiff leave to file a Second Amended Complaint. Plaintiff failed to do so and a

17 recommendation of dismissal was entered. On May 21, 2009, Plaintiff filed objections to the

18 findings and recommendations.

19     In his objections, Plaintiff seeks an extension of time in which to file a second amended

20 complaint. Plaintiff also indicates that he does not have a copy of the August 20, 2008, first

21 amended complaint.

22     Accordingly, IT IS HEREBY ORDERED that:

23     1. The May 11, 2009, findings and recommendations are vacated.

24     2. The Clerk's Office shall send to Plaintiff a copy of the August 20, 2008, first amended

25 complaint.

26

1

1        3. Plaintiff is granted an extension of time of thirty days from the date of service of this

2    order in which to file a Second Amended Complaint.  The Second Amended Complaint shall be

3    in compliance with the April 9, 2009, order.

4    IT IS SO ORDERED.

5    **Dated:    June 17, 2009**            **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26