IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DALE OWEN DUSTIN,

    Plaintiff,                        1: 05 CV 00768 LJO YNP SMS (PC)

vs.                                 ORDER

G. GALAZA, et al.,

    Defendants.

On September 9, 2009, a recommendation of dismissal was entered, recommending that this action be dismissed for Plaintiff's failure to file an amended complaint in compliance with an order dismissing the operative complaint in this action.  On September 22, 2009, Plaintiff filed objections to the findings and recommendations.

In his objections, Plaintiff indicates that he has attempted to file an amended complaint, but is obstructed in his efforts to make copies of the amended complaint.  Plaintiff is advised that he need not submit a copy of the amended complaint to the Court.  The Court will grant Plaintiff thirty days in which to file an amended complaint.  Should Plaintiff fail to do so, the September 9, 2009, recommendation of dismissal will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   October 7, 2009**                           /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE