# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>G. GALAZA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:05-cv-00768-LJO-YNP PC<br><br>ORDER DENYING MOTION<br><br>(Doc. 42.)<br><br>and<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 41.) |

Plaintiff Dale Owen Dustin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 8, 2009, Plaintiff filed a pleading entitled "Memorandum of Understanding, Motion for Extension of Time Request for Specific Yes or No Response in Re Return Copy." Plaintiff's motion requests an extension of time to file his second amended complaint because he was unable to obtain copy service at his prison. Plaintiff was granted an extension of time and filed his second amended complaint on October 26, 2009. (Docs. #44, 45.) Therefore, Plaintiff's motion will be denied as moot.

On September 9, 2009, the Court issued a findings and recommendations recommending that this action be dismissed due to Plaintiff's failure to file his second amended complaint on time. (Doc. #41.) The findings and recommendations was issued before Plaintiff's motion for an extension of time appeared on the docket. Plaintiff has since filed his second amended complaint. As such, the findings and recommendations will be vacated.

1

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for extension of time, filed on September 8, 2009, is DENIED as moot; and

2. The Court's September 9, 2009 findings and recommendations is VACATED.

IT IS SO ORDERED.

**Dated:   April 13, 2010**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE