# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE OWEN DUSTIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>G GALAZA, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:05-cv-768-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>[Doc. 50]<br><br>PLAINTIFF MUST FILE AMENDED COMPLAINT BY AUGUST 16, 2010 |

Plaintiff Dale Owen Dustin is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. Now pending before the Court is Plaintiff's Motion for 60 Day Extension of Time to File Third Amended Complaint [Docket # 50]. Plaintiff contends that, due to a transfer of facilities, he did not receive the Court's Order granting him leave to file a third amended complaint until after the deadline had expired. Plaintiff requests an additional sixty days to file a third amended complaint.

For good cause shown, Plaintiff's Motion for 60 Day Extension of Time to File Third Amended Complaint [Docket # 50] is **GRANTED**. Plaintiff **SHALL FILE** a third amended complaint not later than **August 16, 2010**. Failure to comply with this deadline may result in dismissal of his case for failure to prosecute.

IT IS SO ORDERED.

Dated:　June 14, 2010　　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1